1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD WODJA, individually and on behalf of
all others individually situated,

                              Plaintiff,

        v.

WASHINGTON STATE EMPLOYEES
CREDIT UNION, and DOES 1-10,

                              Defendants.

No. 3:15-CV-05693-BHS

ORDER GRANTING
STIPULATED MOTION FOR ORDER
(1) DISMISSING CERTAIN CLAIMS;
(2) GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT;
(3) SETTING BRIEFING SCHEDULE
ON MOTION TO DISMISS SECOND
AMENDED COMPLAINT;
(4) EXTENDING INITIAL CASE
MANAGEMENT DEADLINES; AND
(5) CONTINUING DEADLINE FOR
FILING MOTION FOR CLASS
CERTIFICATION

BEFORE THE COURT is the parties' Stipulated Motion For Order (1) Dismissing

Certain Claims; (2) Granting Leave to File Second Amended Complaint; (3) Setting Briefing

Schedule on Motion to Dismiss Second Amended Complaint; (4) Extending Initial Case

Management Deadlines; and (5) Continuing Deadline for Filing Motion for Class Certification

(the "Stipulated Motion"). For good cause shown, the motion is GRANTED.

        IT IS HEREBY ORDERED that Plaintiff's claims for negligence, violations of the

Washington Consumer Protection Act, and violations of the Electronic Funds Transfer Act (the

ORDER GRANTING STIPULATED MOTION - 1
Case No. 3:15-CV-05693-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51504542.4

1   second, fifth and sixth causes of action in the First Amended Complaint) are dismissed without

2   prejudice.

3          IT IS FURTHER ORDERED that Plaintiff shall file his Second Amended Complaint in

4   the form attached to the Stipulated Motion on or before **March 11, 2016**.

5          IT IS FURTHER ORDERED that Defendant shall file its Motion to Dismiss the Second

6   Amended Complaint on or before **March 25, 2016**.  Plaintiff shall file its Response to the motion

7   on or before **April 18, 2016**.  Defendant shall file its Reply on or before **April 29, 2016**.  The

8   motion shall be noted for **April 29, 2016**.

9          IT IS FURTHER ORDERED that the deadlines in the Court's Order Granting Stipulated

10  Motion to Extend Motion to Dismiss Briefing Deadlines and Initial Case Management Deadlines

11  (ECF No. 25) are hereby adjusted.  The parties shall adhere to the following amended deadlines

12  for making their initial disclosures and submitting a Joint Status Report and Discovery Plan:

13          Deadline for FRCP 26(f) Conference:              **5/20/16**

14          Initial Disclosures Pursuant to FRCP 26(a)(1):   **6/3/16**

15          Combined Joint Status Report and Discovery Plan: **6/10/16**

16         IT IS FURTHER ORDERED that The deadline for filing a motion for class certification

17  set forth in LCR 23(i)(3) is hereby amended.  Plaintiff shall file a motion for class certification

18  on or before **September 30, 2016**.

19          DATED this 10 day of March, 2016.

20

21          _____

22          Hon. Benjamin H. Settle
            UNITED STATES DISTRICT JUDGE

23

24  Presented by:

25

26

ORDER GRANTING STIPULATED MOTION - 2
Case No. 3:15-CV-05693-BHS

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51504542.4

1

2    */s/Tim J. Filer*
     */s/ John T. Drake*
3    Tim J. Filer, WSBA #16285
     John T. Drake, WSBA #44314
4    FOSTER PEPPER PLLC
     1111 Third Avenue, Suite 3400
5    Seattle, Washington  98101-3299
     Telephone: (206) 447-4400
6    Facsimile: (206) 447-9700
     Email:  filet@foster.com
7            john.drake@foster.com
     Attorneys for Defendant
8    Washington State Employees Credit Union

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION - 3
Case No. 3:15-CV-05693-BHS

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51504542.4