# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TODD WODJA, individually and on behalf of all others individually situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE EMPLOYEES CREDIT UNION, and DOES 1-10<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV15-5693BHS |

__XX__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has **ORDERED** that Defendants' motion to dismiss (Dkt. 48) is **GRANTED**, Plaintiff's state law claim is **DISMISSED**,

Dated this 28th day of September, 2016.

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Judgment - 1